

FILED
SEP 2 5 2013
CLERK, U.S. DISTRICT COURT
NORFOLK VA

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

KIMBERLY COWAN,

        Plaintiff,

v.                                   ACTION NO. 2:12cv559

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## FINAL ORDER

Plaintiff Kimberly Cowan seeks judicial review of the decision of the Commissioner of the Social Security Administration denying her claim for a period of disability and disability insurance benefits under Title II of the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on August 12, 2013, recommending that the Court deny Plaintiff's Motion for Summary Judgment, grant the Commissioner's Cross Motion for Summary Judgment, affirm the final decision of the Commissioner, and that judgment be entered in favor of the Commissioner. By copy of the report, each party was advised of the right to file written objections

to the findings and recommendations made by the Magistrate Judge.

On August 22, 2013, the Court received Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (ECF No. 14). Defendant did not file a response to Plaintiff's objections.

Having reviewed the record and the objections filed by Plaintiff, and finding no error, the Court hereby ADOPTS the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on August 12, 2013, and the decision of the Commissioner is AFFIRMED, Defendant's Cross Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and this case is DISMISSED.

Plaintiff is ADVISED that she may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to counsel of record.

/s/ [signature]
Mark S. Davis
United States District Judge

Norfolk, Virginia
September 25, 2013

2